JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MCDERMID, | ) | NO. EDCV 15-1853-JGB (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| BRIAN VILLANUEVA, et. al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice as to Defendant Esquetini and without prejudice as to Defendant Villanueva.

DATED: April 17, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE